No. 86–1135.   CORY v. VIRGINIA.   Appeal from Ct. App. Va. dismissed for want of substantial federal question.

No. 86–1175.   THOMPSON v. STEPHENS, CHIEF JUSTICE, KENTUCKY SUPREME COURT, ET AL.   Appeal from Sup. Ct. Ky. dismissed for want of jurisdiction.

No. 86–5829.   KISSNER v. SOUTH DAKOTA.   Appeal from Sup. Ct. S. D. dismissed for want of jurisdiction.

No. 86–6156.   PETERS v. MCCUTCHEON ET AL.   Appeal from D. C. S. C. dismissed for want of jurisdiction.

No. 86–6320.   ZERMAN v. WOLOFSKY ET AL.   Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–839.   BEHNING ET UX. v. CAMELBACK SKI CORP.   Ct. App. Md.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Asahi Metal Industry Co.* v. *Superior Court of California, ante,* p. 102.

No. 86–1050.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. MILLER ET AL.   C. A. 11th Cir.   Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pennsylvania* v. *Ritchie, ante,* p. 39.